# FORDHAM UNIVERSITY

THE SCHOOL OF LAW                                                OFFICE OF FINANCIAL AID

April 17, 2008

James J. Waldron, Esq.
Clerk of the Court
United States Bankruptcy Court
District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

FILED
JAMES J. WALDRON, CLERK
APR 2 1 2008
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

      Re: Maria Proietti
      Case No. 08-11056-MS

Dear Mr. Waldron:

    I am writing on behalf of Fordham University School of Law regarding non-dischargeable educational loans made by the Law School to Maria Proietti.

    While attending the Law School, Ms. Proietti was extended tuition assistance loans totaling $8,000. She began repaying these loans in June 2004 and in September 2006 requested a deferment on repayment of these loans. The deferment will end on May 1, 2008. The current balance on her account is $6,183. The Law School regards this debt as a non-dischargeable student loan pursuant to Sec. 523(a)(8) of the U.S. Bankruptcy Code.

    I am submitting this letter to confirm the Law School's position in this matter. I would appreciate your filing this letter in the debtor's case file. If it is necessary to submit any other documents in connection with this matter, please let me know. Thank you.

                         Sincerely,

                         Kathleen Keenan
                         Associate Director
                         Law School Financial Aid

cc: Mary Ellen Tully, Esq.
    Attorney for Debtor
    Eric R. Perkins, Esq., Trustee